**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000375
09-OCT-2019
08:29 AM**

NO. CAAP-19-0000375

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LOLA L. SUZUKI, Claimant-Appellant, v.
AMERICAN HEALTHWAYS, INC., Employer-Appellee, and
ST. PAUL TRAVELERS, Insurance Carrier-Appellee, and
LORNE K. DIRENFELD, M.D., Respondent-Appellee, and
GARY N. KUNIHIRO, ESQ., Respondent-Appellee, and
SHAWN L.M. BENTON, ESQ., Respondent-Appellee

APPEAL FROM LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2007-497 (DCD NO. 2-06-14727)
CASE NO. AB 2007-498 (DCD NO. 2-07-04617))

ORDER DENYING OCTOBER 4, 2019 HRAP RULE 40 MOTION
FOR RECONSIDERATION OF SEPTEMBER 26, 2019 ORDER
DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon review of (1) the September 26, 2019 order granting July 11, 2019 motion to dismiss appeal for lack of appellate jurisdiction, (2) Claimant/Appellant/Appellant Lola Suzuki's (Suzuki) October 4, 2019 motion for reconsideration of the September 26, 2019 dismissal order pursuant to Rule 40 of the Hawaiʻi Rules of Appellate Procedure (HRAP), and (3) the record, it appears that we did not overlook or misapprehend any points of

law or fact when we dismissed this appeal for lack of appellate jurisdiction.

Therefore, IT IS HEREBY ORDERED that Suzuki's October 4, 2019 HRAP Rule 40 motion for reconsideration of the September 26, 2019 dismissal order is denied.

DATED:  Honolulu, Hawai'i, October 9, 2019.


Chief Judge

Associate Judge

Associate Judge